O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DEMIRAIAKIAN, individual,<br><br>                    Plaintiff,<br><br>      v.<br><br>WELLS FARGO BANK, N.A., a banking business corporation registered to do business in California and NDeX WEST, LLC, a corporation registered to do business in California,<br><br>                    Defendants.<br>_____ | Case No. CV 15-03138 DDP (VBKx)<br><br>**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE**<br><br>[Dkt. No. 13] |

     Presently before the Court is Defendant Wells Fargo Bank,

N.A.'s Motion to Dismiss under Federal Rule of Civil Procedure

("FRCP") 41(b).  The Motion was unopposed.

     On July 23, 2015, this Court issued an Order granting

Defendant's Motion to Dismiss for failure to state a claim under

FRCP 12(b)(6).  (Dkt. No. 12.)  The Order states, "Plaintiff's

complaint does not state a claim upon which relief can be granted.

The complaint is therefore dismissed with leave to amend within 21

1  days." (<u>Id.</u> at 6.)  Plaintiff never filed an amended complaint.

2  Thus, Defendant Wells Fargo has moved to dismiss the entire case

3  with prejudice under FRCP 41(b) because Plaintiff has failed to

4  prosecute the case and comply with the Court's previous Order.

5       As Defendant detailed in its moving papers, there are five

6  factors a court must consider to involuntarily dismiss a case as a

7  sanction.  (Dkt. No. 13 at 4 (citing <u>Yourish v. California</u>

8  <u>Amplifier</u>, 191 F.3d 983, 986 (9th Cir. 1999).)  Here, the balance

9  of the factors supports an involuntary dismissal with prejudice.

10 First, the public's interest in the speedy resolution of litigation

11 is best achieved through litigants timely following court orders

12 and prosecuting their cases.  Second, the Court must manage its

13 docket and cannot waste resources with cases that the litigants

14 fail to prosecute.  Third, there is a risk of prejudice to

15 Defendants here by allowing a case that Plaintiff has failed to

16 prosecute to continue when there has been no reason for Plaintiff's

17 failure.  The fourth factor favors disposing of cases on the

18 merits, which weighs against the involuntary dismissal.  But the

19 fifth factor again weighs in favor of the dismissal with prejudice

20 because the Court gave Plaintiff a less drastic alternative by

21 granting the prior motion to dismiss with leave to amend, which

22 Plaintiff failed to do.  Therefore, the balance of these factors

23 favors dismissal.

24 ///

25 ///

26 ///

27 ///

28 ///

2

1        The Court hereby GRANTS Defendant's Motion to Dismiss.

2   Plaintiff's complaint is DISMISSED with prejudice as to all

3   Defendants.

4   IT IS SO ORDERED.

5   Dated: January 21, 2016

                                    DEAN D. PREGERSON
6                                   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28